# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ANTHONY FLETCHER, )<br>       Plaintiff, )<br>    )<br>v. )<br>    )<br>UNILEVER, INC., )<br>       Defendant. ) | Cause No.: 2:13-cv-368-TLS-PRC |

## OPINION AND ORDER

This matter is before the Court on a Motion to Adjudicate Purported Attorney's Lien [DE 24], filed by Plaintiff on May 9, 2014, and Elizabeth D. Tate's Motion to Intervene [DE 29], filed on May 12, 2014, by non-party Elizabeth Tate.

Plaintiff represents that for the first few months of this case, he was represented by attorney Tate. He states that he eventually became dissatisfied with her services and fired her. He then retained Attorney Sherman. Attorney Tate has apparently contacted the attorneys for all parties, informing them that she is entitled to a forty-percent lien on any recovery Plaintiff manages to get in this case. Plaintiff and his present attorney deny this and ask the Court to adjudicate the validity of the purported lien. Attorney Tate seeks to intervene, since her interests would otherwise be unrepresented.

The issue here sounds in contract law and involves Plaintiff and a non-party. The Court sees no reason why this existing case is the proper forum to bring this claim. The Court accordingly **DENIES, without prejudice to the underlying claim**, both the Motion to Adjudicate Purported Attorney's Lien [DE 24] and Elizabeth D. Tate's Motion to Intervene [DE 29].

SO ORDERED this 19th day of May, 2014.

                                        s/ Paul R. Cherry
                                        MAGISTRATE JUDGE PAUL R. CHERRY
                                        UNITED STATES DISTRICT COURT

cc:     All counsel of record